**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

"NATHAN," *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Case No. 1:26-cv-3377-CRC

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's October 13, 2026 Minute Order, Plaintiffs and Defendants respectfully submit the following joint proposed schedule for Plaintiffs' Motions for a Preliminary Injunction and Class Certification (ECF Nos. 12, 13):

1. Defendants shall file their oppositions to Plaintiffs' motions on or before October 21, 2026.
2. Plaintiffs shall file their replies in support of their motions on or before October 26, 2026.

The parties respectfully request that the Court adopt this joint proposed schedule.

Dated: October 15, 2026

Respectfully submitted,

/s/ Cody Wofsy
Cody Wofsy (D.D.C. Bar No. CA00103)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

/s/ Brad P. Rosenberg
BRAD P. ROSENBERG
(DC Bar No. 467513)
Chief Litigation Counsel
KATHLEEN JACOBS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Email: brad.rosenberg@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

"NATHAN," *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Case No. 1:26-cv-3377-CRC

## [PROPOSED] BRIEFING SCHEDULE

Upon consideration of the parties' Joint Proposed Briefing Schedule, it is hereby ORDERED that:

1. Defendants shall file their oppositions to Plaintiffs' motions on or before October 21, 2026.
2. Plaintiffs shall file their replies in support of their motions on or before October 26, 2026.

SO ORDERED.

DATE:

Hon. Christopher R. Cooper
U.S. District Judge