AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Nathan, et al.<br>*Plaintiff*<br>v.<br>Donald J. Trump, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-03377 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nathan, Clara, Patricia, Eleanor, Edward, Alexander, Gregory, and all those similarly situated .

Date: 11/12/2026

/s/ Winifred Kao
*Attorney's signature*

Winifred Kao. CA 241473, Pro Hac Vice
*Printed name and bar number*

Asian Law Caucus
55 Columbus Avenue
San Francisco, CA 94111
*Address*

winifredk@asianlawcaucus.org
*E-mail address*

(415) 234-3231
*Telephone number*

(415) 896-1702
*FAX number*