**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NATHAN, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, *et al.*,**<br><br>Defendants. | Case No. 26-cv-3377 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' [12] Motion for Classwide Preliminary Injunction is GRANTED. It is further

**ORDERED** that, pending a final ruling on the merits or until further order of the Court, the Secretary of the Department of Homeland Security; the Secretary of the U.S. Department of State; the Commissioner of the Social Security Administration; and their agents, servants, employees, attorneys, and any other persons who are in active concert or participation with them are preliminarily ENJOINED from enforcing Continuing to Protect the Meaning and Value of American Citizenship, 91 Fed. Reg. 51991 (2026), against members of the certified class. It is further

**ORDERED** that Plaintiffs shall post a nominal bond of $1.00 within seven (7) days of the entry of this Order. It is further

**ORDERED** that the parties shall file a joint status report with a proposed schedule for further proceedings by December 4, 2026.

This is an appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: November 25, 2026